UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CUT-RITE CONCRETE SAWING AND BREAKING, INC., a California corporation,<br><br>Defendants. | CASE NO.: 2:18-cv-7527 JFW(FFMx)<br><br>ORDER TO SHOW CAUSE RE CONTEMPT |

Upon review of the application of the Plaintiff ("TRUST FUNDS") seeking an order requiring Defendant, CUT-RITE CONCRETE SAWING AND BREAKING, INC., a California corporation, ("EMPLOYER") through Shaun Gutierrez, its responsible managing officer and president, to show cause why they should not be adjudged in civil contempt for failing and refusing to obey this Court's Interlocutory Order for Accounting entered on November 30, 2019 [docket no. 19] which requires them to produce books and records to the TRUST FUNDS for an audit, and to cooperate in all respects therewith for the TRUST FUNDS to determine whether

-1-

EMPLOYER has compiled with the reporting and payment obligations of her labor agreements and/or to determine the full amount of contributions due by the EMPLOYER to the TRUST FUNDS and any damages to the TRUST FUNDS for failure to pay any such contributions:

IT IS HEREBY ORDERED that:

1. EMPLOYER and Shaun Gutierrez, President of EMPLOYER are ordered to appear before the above-entitled Court on February 27, 2019, at 8:30 a.m., in Courtroom 7A of the United States District Courthouse, located at 350 W. First Street, Los Angeles, California 90012 and show cause, if any, why an order should not be entered adjudging them guilty of failing and refusing to obey this Court's Interlocutory Order for Accounting.

2. Service of a copy of this order and of the application upon which this order is based shall be made by mail to EMPLOYER and Shaun Gutierrez at least ten (10) days prior to the hearing.

3. If EMPLOYER and Gutierrez choose to file papers in opposition to the TRUST FUNDS' Order to Show Cause Re Contempt, they must do so no later than five (5) days before the hearing.

Dated: February 8, 2019

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE