UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>  v.<br><br>CUT-RITE CONCRETE SAWING AND BREAKING, INC., a California corporation,<br><br>    Defendant. | CASE NO.:  2:18-cv-7527 JFW(FFMx)<br><br>**JUDGMENT FOR  DAMAGES RELATING TO VIOLATION OF THE COURT'S INTERLOCUTORY ORDER FOR ACCOUNTING;AND FINAL ORDER FOR ACCOUNTING**<br><br>OSC HEARING:<br>DATE:    MAY 20, 2019<br>TIME:    1:30 P.M.<br>PLACE:  COURTROOM 7A<br>            350 W. 1st Street<br>            Los Angeles, CA  90012<br><br>[Hon. John F. Walter] |

The Court's Order to Show Cause re Contempt came on regularly for hearing on May 20, 2019 and the Court found Defendant, CUT-RITE CONCRETE SAWING AND BREAKING, INC.,("EMPLOYER")  and its president, Shaun Gutierrez, ("GUTIERREZ") in civil contempt for their violation of the Court's Interlocutory Order for Accounting issued on November 30, 2018 [docket no. 19].  The Court

therefore awards Plaintiff damages as follows:

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Judgment is entered in favor of Plaintiff and against SHAUN GUTIERREZ and CUT-RITE CONCRETE SAWING AND BREAKING, INC., a California corporation in the sum of $51,044.26, consisting of the following:

| | | |
|---|---|---:|
| Fringe Benefits: | $ | 27,682.80 |
| Liquidated Damages: | $ | 5,527.32 |
| Interest to 5/30/19: | $ | 1,875.14 |
| Audit Fees: | $ | 80.00 |
| Attorney's Fees: | $ | 15,755.00 |
| Costs: | $ | 124.00 |
| TOTAL: | $ | 51,044.26 |

The money JUDGMENT entered is for damages covering the period from July 1, 2017 to April 30, 2019; however, Plaintiff was unable to complete the audit of EMPLOYER'S records, and therefore if any additional amounts are discovered to be owed by EMPLOYER and/or GUTIERREZ during this time period, the JUDGMENT in this action shall not operate as a bar and/or have res judicata effect or any other limitation of any legal right of the Plaintiff or TRUST FUNDS to determine and seek collection of any amount due, or that comes due by EMPLOYER and/or GUTIERREZ  to any one or more of the TRUST FUNDS during the period from February 13, 2017  to April 30, 2019.

IT IS FURTHER ORDERED that:

EMPLOYER, GUTIERREZ, and/or EMPLOYER'S accountants, managing officers, agents, and/or assigns and all persons acting by, through, or in concert with EMPLOYER and/or GUTIERREZ are to forthwith submit to an audit of EMPLOYER'S payroll and business records and that they produce and allow TRUST FUNDS to copy and have audit access to the payroll and business records for EMPLOYER the following documents:

From February 13, 2017 to the date of the audit, the following documents

relating to EMPLOYER'S work on projects:

    (1)    All payroll and employee documents including, but not limited to, EMPLOYER'S payroll journals, employees earning records, certified payrolls, payroll check books and stubs, canceled payroll checks, payroll time cards, state and federal payroll tax returns, labor distribution journals, any other documents reflecting the number of hours which EMPLOYER'S, employees worked, their names, social security numbers, addresses, job classifications and the projects on which the employees performed their work.

    (2)    All EMPLOYER'S job files for each contract, project or job on which EMPLOYER worked, including all documents, agreements, and contracts between EMPLOYER, and any general contractor, subcontractor, builder and/or developer, field records, job records, notices, project logs, supervisor's diaries or notes, employees diaries, memorandum, releases and any other documents which related to the supervision of EMPLOYER'S employees and the projects on which they performed their work.

    (3)    All EMPLOYER'S, documents related to cash receipts, including but not limited to, the cash receipts journals, accounts receivable journal, accounts receivable subsidiary ledgers and billing invoices for all contracts, projects or jobs on which EMPLOYER worked.

    (4)    All EMPLOYER'S, bank statements for all checking, savings and investment accounts.

    (5)    All EMPLOYER'S documents related to cash disbursements, including but not limited to, vendors' invoices, cash disbursement journal, accounts payable journals, check registers, cancelled checks and all other documents which indicate cash disbursements.

    (6)    All Monthly Report Forms submitted by EMPLOYER to any

union trust fund.

(7) Documents, records, or other writings pertaining to and including the checks/payments issued to any person, company and/or subcontractor relating to work performed on EMPLOYER'S construction projects, including but not limited to day laborers, or other non-union workers hired to work on EMPLOYER'S project.

Dated: June 7, 2019

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

4

362346.1